SHAWN ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 479-4146
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRITZ VENTURA TADY GANZON,<br><br>Defendant. | CRIMINAL CASE NO. 20-00024<br><br>**ORDER**<br>Granting Application to Unseal the Record |

Upon application by the United States and based on the Defendant's arrest, the court grants the Application to Unseal the Record and orders that the record herein be unsealed.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
**Dated: Nov 24, 2020**