ORIGINAL

SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334
Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 2 4 2020
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRITZ VENTURA TADY GANZON,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 20-00024<br><br>**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, FRITZ VENTURA TADY GANZON, is currently in custody of the Territorial Detention Center and that said prisoner is required to appear before this Court for an Initial Appearance in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances upon further order of the court, return said prisoner to his place of confinement.

RESPECTFULLY submitted this 24th day of November, 2020.

　　　　　　　　　　　　　　　　SHAWN N. ANDERSON
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　Districts of Guam and the NMI

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　LAURA C. SAMBATARO
　　　　　　　　　　　　　　　　Assistant U.S. Attorney