SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00024 |
| Plaintiff, | |
| vs. | **WRIT OF HABEAS CORPUS** |
| FRITZ VENTURA TADY GANZON, | **AD PROSEQUENDUM** |
| Defendant. | |

TO: OFFICER IN CHARGE
Territorial Detention Center
Territory of Guam

This court finds that FRITZ VENTURA TADY GANZON is currently in custody of the Territorial Detention Center and that said individual is required to appear before this court on December 1, 2020, at 10:45 a.m. for his initial appearance and arraignment on an Indictment in the District Court of Guam.

IT IS HEREBY ORDERED that the Officer in Charge of the Territorial Detention Center or the authorized agent or any Federal law enforcement agent shall produce FRITZ VENTURA TADY GANZON before this court on December 1, 2020, at 10:45 a.m. and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

IT IS SO ORDERED.

**/s/ Michael J. Bordallo**
**U.S. Magistrate Judge**
**Dated: Nov 24, 2020**