# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRITZ VENTURA TADY GANZON,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 20-00024<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED THAT the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant.

**/s/ Michael J. Bordallo**
**U.S. Magistrate Judge**
**Dated: Dec 01, 2020**