# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRITZ VENTURA TADY GANZON,<br><br>Defendant. | CRIMINAL CASE NO. 20-00024<br><br><br>**TRIAL SCHEDULING ORDER** |

IT IS HEREBY ORDERED THAT:

- **Exchange of Discovery** shall be governed by Criminal Local Rule 16.
  - **Government Discovery due** — **December 8, 2020**
  - **Defendant's Discovery due** — **December 22, 2020**

- **All Pretrial Motions**, including but not limited to discovery, *in limine*, suppression, and dismissal motions, shall be filed no later than . . . . . . . **January 5, 2021**

  - **Opposition to all Motions** shall be filed the earlier of either one week after the filing of the motion(s) or no later than . . . . . . . . . . . . **January 12, 2021**

  - **Replies to Oppositions** shall be filed the earlier of either one week after the filing of the opposition(s) or no later than . . . . . . . . . **January 19, 2021**

  **No late motions shall be filed without court approval. Failure to timely file an opposition to a motion may be deemed by the court as consent to the granting of such motion.**

- **Trial Brief.** The Government shall file a trial brief in conformance with General Order No. 16-0002. The Government's trial brief shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **January 11, 2021**

  - **Defendant's Response/Opposition & Trial Brief** shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **January 19, 2021**

- **Trial Materials** must be filed or lodged with the court no later than . . **January 21, 2021**

  - **An original and one copy of the witness list.** Witness lists must include legal names, aliases, nicknames, village/city of residence, and place of employment. *See also* General Order No. 16-0002.
  - **Proposed *Voir Dire* Questions, Proposed Jury Instructions with source noted, and Proposed Verdict Forms.**
  - **An original and three copies of the exhibit list.** Government's exhibits shall be numbered and Defendant's exhibits shall be lettered. *See also* General Order No. 16-0002.
  - **Three complete sets of marked and tabbed exhibits in three-ring binders, with each binder containing a filed copy of the exhibit list.** The exhibits shall include those items which may be introduced for identification into evidence but not necessarily proffered for admission, *i.e.*, police/investigative reports or witness statements. The parties shall <u>meet and confer</u> sufficiently in advance of trial and formulate a set of <u>joint exhibits</u>. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party. *An electronic copy of the exhibits shall also be submitted to the court.*

- **Pretrial Conference and Hearing on all Motions** shall be held on . . . . **January 25, 2021, at 9:30 a.m.**

- **Jury Selection and Trial** shall be held on . . . . . . . . . . . . . . . . . . . . . . **February 4, 2021, at 10:00 a.m.**

/s/ Michael J. Bordallo
**U.S. Magistrate Judge**
**Dated: Dec 01, 2020**