JOHN T. GORMAN
Federal Public Defender
District of Guam

LEILANI V. LUJAN
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Fritz Ventura Tady Ganzon

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 20-00024 |
|---|---|
| Plaintiff, | ) MOTION TO WITHDRAW AS ) COUNSEL |
| vs. | ) |
| FRITZ VENTURA TADY GANZON, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Mr. Ganzon, through undersigned counsel, moves this Honorable Court to permit the Office of the Federal Public Defender to withdraw from his representation because of a conflict of interest with another client of the Office of the Federal Public Defender and to appoint substitute counsel. This motion is based upon the attached Memorandum of Law and Declaration of Counsel.

## MEMORANDUM OF LAW

The American Bar Association Model Rules of Professional Conduct (ABA MRPC), provides that a lawyer shall not reveal confidential information relating to the representation of a client unless the client consents. Rule 1.6, ABA MRPC. The Model Rules also provide that a lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client. Rule 1.7(b) ABA MRPC.

The Office of the Federal Public Defender in good faith believes that the interests of Mr. Ganzon are in conflict with and adverse to that of another client. Thus, the Office of Federal Public Defender's ethically mandated zealous defense of Mr. Ganzon will be adversely affected because of this conflict. Mr. Ganzon has been informed and consents to this motion.

DATED: Mongmong, Guam, June 14, 2022.

/s/



Leilani V. Lujan
Assistant Federal Public Defender
District of Guam

Attorney for Fritz Ventura Tady Ganzon

## DECLARATION OF COUNSEL

I, LEILANI V. LUJAN, hereby declare as follows:

1. The Guam Office of the Federal Public Defender is counsel for Fritz Ventura Tady Ganzon, having been appointed pursuant to the Criminal Justice Act.

2. The Office of Federal Public Defender's ethically mandated zealous defense of Mr. Ganzon will be seriously compromised and called into question by the fact that Mr. Ganzon's interests are in conflict with and adverse to that of another client. As a result, Mr. Ganzon would be deprived of the effective assistance of counsel.

3. Mr. Ganzon has been informed and does not waive the conflict.

4. Mr. Ganzon consents to this motion and requests appointment of substitute counsel.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Mongmong, Guam, June 14, 2022.

/s/



Leilani V. Lujan
Assistant Federal Public Defender
District of Guam

Attorney for Fritz Ventura Tady Ganzon