SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRITZ VENTURA TADY GANZON,<br><br>Defendant. | CRIMINAL CASE NO. 20-00024<br><br>**UNITED STATES' NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST TO TERMINATE NOTIFICATION OF ELECTRONIC CASE FILING (ECF)** |

NOTICE is hereby given that, subject to approval by the Court, the United States substitutes Assistant U.S. Attorney Rosetta L. San Nicolas as counsel of record in place of Assistant U.S. Attorney April R. Owen ("AUSA Owen"). The government further requests that the Court to terminate AUSA Owen from all electronic case filing (ECF) notifications in the above case.

RESPECTFULLY SUBMITTED this 21st day of July, 2022.

                                        SHAWN N. ANDERSON
                                      United States Attorney
                                      Districts of Guam and the NMI

                        By:   */s/ Rosetta L. San Nicolas*
                             ROSETTA L. SAN NICOLAS
                             Assistant U.S. Attorney